**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RODNEY ELLIS,<br><br>    Petitioner,<br><br>        v.<br><br>WARDEN J. BALTAZAR,<br><br>    Respondent. | NO. 3:18-CV-00621<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 17th day of January, 2019, **IT IS HEREBY ORDERED** that:

(1)     Petitioner Rodney Ellis's Motion for Extension of Time to File a Reply (Doc. 8) is **GRANTED**.

(2)     Ellis's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED**.

(3)     The Clerk of Court is directed to mark this case **CLOSED**.

                                                /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge